UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

O. Devon Bradford,

Plaintiff,

v.

Chrysler Financial and
Minnesota Recovery Bureau,

Defendants.

Civil 02-825 JMR

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: July 5, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED ____________
Richard D. Sletten, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

O. Devon Bradford

vs. 02-825JMR/AJB

Chrysler Financial, et al

Pursuant to an Order of Recusal by Magistrate Judge Franklin L. Noel, the above-entitled matter has been re-assigned to Magistrate Judge Arthur J. Boylan. Please note the change in the MJ initials above and refer to both sets of initials when submitting materials to the court.